# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: COMMERCIAL MONEY CENTER, INC., EQUIPMENT LEASE LITIGATION | : : : : : : : | Case No. 1:02CV16000 <br><br> (MDL Docket No. 1490) <br><br> JUDGE O'MALLEY <br><br> **MEMORANDUM AND ORDER** |

On January 3, 2006, the Court issued an Appointment Order, appointing Shannan C. Krasnokutski as Special Master in these actions. (Doc. 1750). The Appointment Order provided for the appointment of the Special Master "for a maximum of 1,000 hours," and also provided that [t]he Court reserves the right to extend the allowable compensable hours and/or the hourly rate of the Special Master . . . if it finds good cause to do so." (Doc. 1750, at 10-11). By Order issued February 6, 2007, the Court extended the appointment of the Special Master for an additional 1,000 hours. (Doc. 1949).

The Special Master has informed the Court that she is approaching the 1,000 hour limit established in the Court's Order of February 6, 2007. The Court finds that, in the present posture of these actions, the services of the Special Master continue to serve the best interests of the parties and the Court. Accordingly, the Court finds that there are good grounds for renewing the appointment of the Special Master, and the appointment of the Special Master is hereby extended for an additional 1,000 hours.

Additionally, the Court finds that there are good grounds to authorize an increase in the hourly rate of the Special Master. For the renewal term of 1,000 hours, the Special Master shall be compensated at the rate of $195 per hour.

To the extent not otherwise amended or superseded by the terms of this Order, the provisions of the Appointment Order (Doc. 1750), Cost Apportionment Order (Doc. 1764) and Clarification Order (Doc. 1767) remain in effect.

**IT IS SO ORDERED.**

  **s/Kathleen M. O'Malley**
**KATHLEEN McDONALD O'MALLEY**
**UNITED STATES DISTRICT JUDGE**

**Dated: May 21, 2009**

66520-1